DEUTSCHE BANK NATIONAL TRUST COMPANY, Solely in its Capacity as Trustee for the HARBORVIEW MORTGAGE LOAN TRUST SERIES 2007-7, Appellant, v FLAGSTAR CAPITAL MARKETS CORPORATION, Defendant, and QUICKEN LOANS, INC., Respondent.

Submitted April 10, 2017; decided May 4, 2017

Motion by GreenPoint Mortgage Funding, Inc. for leave to appear amicus curiae on the appeal herein denied.

Judge GARCIA taking no part.

DEUTSCHE BANK NATIONAL TRUST COMPANY, Solely in its Capacity as Trustee for the HARBORVIEW MORTGAGE LOAN TRUST SERIES 2007-7, Appellant, v FLAGSTAR CAPITAL MARKETS CORPORATION, Defendant, and QUICKEN LOANS, INC., Respondent.

Submitted April 10, 2017; decided May 4, 2017

Motion by The Bank of New York Mellon, solely in its capacity as Securities Administrator for J.P. Morgan Mortgage Acquisition Trust, Series 2006-WMC2, for leave to file a letter brief amicus curiae on the appeal herein denied.

Judge GARCIA taking no part.

DEUTSCHE BANK NATIONAL TRUST COMPANY, Solely in its Capacity as Trustee for the HARBORVIEW MORTGAGE LOAN TRUST SERIES 2007-7, Appellant, v FLAGSTAR CAPITAL MARKETS CORPORATION, Defendant, and QUICKEN LOANS, INC., Respondent.

Submitted April 10, 2017; decided May 4, 2017

Motion by WMC Mortgage, LLC for leave to file a letter brief amicus curiae on the appeal herein denied.

Judge GARCIA taking no part.